# CERTIFICATE OF RESOLUTION OF
# TYKARAH INFANT AND TOLDER DAYCARE, LLC
# D/B/A MINDFUL MUNCHKINS ACADEMY

**I, TYKARAH PITT-WADE**, state the following resolutions:

1. RESOLVED, that in the judgment of the debtor and debtor-in-possession Tykarah Infant and Toddler Daycare, LLC d/b/a Mindful Munchkins Academy (the "Debtor") it is desirable and in the best interests of the Debtor and its creditors and other interested parties, that a petition be filed by the Debtor for relief under Chapter 11 of the United States Bankruptcy Code, and it is further,

2. RESOLVED, that The Law Office of James J. Rufo, 222 Bloomingdale Road, Suite 202, White Plains, New York, 10605, be and hereby is employed under a general retainer as the attorney for the Debtor in the Chapter 11 case, and it is further,

3. RESOLVED, that Tykarah Pitt-Wade is authorized to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers, and in that connection, to employ and retain all assistance by legal counsel, accountants, or other professionals and to take all action which he deems necessary and proper in connection with the Chapter 11 case, with a view to the successful prosecution of such case.

Pursuant to 28 U.S.C.§1746, I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: White Plains, NY
August 2, 2024

_____
Tykarah Pitt-Wade, Owner &Managing Member
Tykarah Infant and Toddler Daycare, LLC
d/b/a Mindful Munchkins Academy