IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **GLOBAL ENERGY SERVICES, LLC** | * | Case No. 21-17305-NVA<br>(Chapter 7) |
| *Debtor,* | * | |
| * * * * * * * | * * * * * * * | |
| **ZVI GUTTMAN, CH. 7 TRUSTEE** | * | |
| *Plaintiff,* | * | **Adversary Proceeding No. 23-00201-NVA** |
| v. | * | |
| **QFS CAPITAL, LLC** | * | |
| *Defendant.* | * | |
| * * * * * * * | * * * * * * * | |

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

It is hereby stipulated and agreed by counsel for the Plaintiff and counsel for the Defendant QFS Capital, LLC ("Defendant"), that the current deadline for the Defendant to file an answer or other response to the Complaint for Declaratory Relief; for Recovery of Fraudulent Transfers Pursuant to 11 U.S.C. §§ 544 and 548; for Recovery of Preferential Transfers Pursuant

to 11 U.S.C. § 547; and for Turnover of Property Pursuant to 11 U.S.C. § 542 (Doc. # 1) be extended to October 18, 2023.

**Dated: September 19, 2023**

| | |
|---|---|
| FUNK & BOLTON, P.A. | COON & COLE, LLC |
| By: /s/ Eric S. Schuster | By: /s/ Marc E. Shach |
| Eric S. Schuster, Federal Bar No. 03417 | Marc E. Shach, Federal Bar # 06788 |
| eschuster@fblaw.com | mes@cooncolelaw.com |
| Funk & Bolton, P.A. | Gary R. Greenblatt, Federal Bar # 02870 |
| 100 Light Street, Suite 1400 | grg@cooncolelaw.com |
| Baltimore, Maryland 21202 | Coon & Cole, LLC |
| 410-659-4983 – Phone | 305 W. Chesapeake Avenue, Suite 510 |
| 410-659-7773 – Fax | Towson, Maryland 21204 |
| *Counsel for QFS Capital, LLC* | 410-244-8800 –Phone |
| | 410-244-5941 – Fax |
| | *Counsel for the Plaintiff* |

## CERTIFICATE OF CONSENT

I certify that the terms of the copy of the proposed stipulation submitted to the Court are identical to those set forth in the original, and that the signatures represented by the /s/ on this copy reference the signatures of the consenting parties on the original.

/s/ Eric S. Schuster  
Eric S. Schuster

20279.001:232442