James J. Rufo, Esq.
The Law Office of James J. Rufo
*Proposed Attorney for the Debtor*
222 Bloomingdale Road, Suite 202
White Plains, NY 10605
(914) 600-7161
jrufo@jamesrufolaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| | SUBCHAPTER V |
| TYKARAH INFANT AND TODDLER DAYCARE, LLC., d/b/a MINDFUL MUNCHKINS ACADEMY, | CASE NO. 24- |
| DEBTOR | |

------------------------------------------------------------------X

**AFFIRMATION IN SUPPORT OF DEBTOR'S REQUEST FOR AN**
**ORDER SHORTENING TIME FOR NOTICE OF HEARING**

James J. Rufo, Esq. an attorney with The Law Office of James J. Rufo, proposed attorney for the debtor and debtor-in-possession for Tykarah Infant and Toddler Daycare, LLC d/b/a Mindful Munchkins Academy (the "Debtor"), makes the following Affirmation pursuant to LBR 9006-1 and LBR 9077-1 and Federal Rule of Bankruptcy Procedure 9006(c) in Support of Debtor's Application for entry of an order, substantially in the form attached hereto as **Exhibit A**, Granting Debtor's request for an Order Shortening the time for notice of hearing on the Debtor's Motion to Authorize Payment of Pre-petition Wages (the "Motion") which is being filed by the Debtor contemporaneously with this Application.

1. I am the proposed attorney for the Debtor in the above captioned Chapter 11 bankruptcy case.

2. I make this Affirmation in Support of Debtor's application for an Order Shortening the time for notice and scheduling an expedited hearing on the above Motion filed by the Debtor.

3. Bankruptcy Rule 9006(c) authorizes the Court, for good cause shown, to reduce the notice period.

4.  The relief sought in each of Debtor's Motion is necessary in order for the Debtor to continue operations without disruption and are for the benefit of not only the Debtor but also the Debtor's Creditors, Debtor's Employees, and the Bankruptcy Estate in general.

5.  It is submitted that shortening the time for notice of hearing and scheduling an expedited hearing on the above Motion filed by the Debtor is necessary in order to avoid any disruption to the Debtor's Operations, in order to preserve the Bankruptcy Estate; and so that the Debtor can fulfil its obligations under the bankruptcy code.

6.  No prior application has been made for the relief sought herein.

**WHEREFORE**, Debtor respectfully requests that the Court enter an Order, substantially in the form attached as **Ex. A**, shortening the notice period and scheduling an expedited hearing with respect to the above referenced Motion filed by the Debtor.

Dated: White Plains, NY
       August 16, 2024

Respectfully submitted,

By:   */s/ James J. Rufo*
      James J. Rufo, Esq.
      The Law Office of James J. Rufo
      *Proposed Attorney for Debtor*
      222 Bloomindale Road, , Suite N-202
      White Plains, NY 10465
      (914) 600-7161
      jrufo@jamesrufolaw.com